# United States District Court
## Southern District of Georgia

TONY LAMAR HUMPHREY,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV116-126
CR110-029

UNITED STATES OF AMERICA,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on October 24, 2016, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the Petitioner's 2255 motion is DISMISSED and this case stands CLOSED.

October 24, 2016
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*